IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARION K. ABEL,

     Plaintiff,

     v.

PACIFIC INDEMNITY COMPANY,

     Defendant.

CIVIL ACTION NO.: 4:21-cv-133

## O R D E R

On February 8, 2023, the Court administratively closed this action as the case had settled at mediation.  (Doc. 44.)  Presently before the Court is a Joint Stipulation of Dismissal With Prejudice, signed by counsel for both parties and filed with the Court on March 1, 2023, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, including the counterclaim asserted by Defendant, with each party to bear its own fees and costs.  (Doc. 45.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **TERMINATE** all pending motions, and **CLOSE** this case.

**SO ORDERED**, this 3rd day of March, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA